IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KEITH HIGGINBOTHAM**                                                        **PLAINTIFF**

                                                                                  **CIVIL ACTION NO.: 1:22-cv-197-JMV**

**KILOLO KIJAKAZI, ACTING COMMISSIONER OF**
**THE SOCIAL SECURITY ADMINISTRATION**                         **DEFENDANT**

## ORDER GRANTING MOTION TO REMAND

THIS CAUSE having come on for hearing on the Defendant's Motion to Remand [ECF No. 13] and this Court, having considered the same and being fully advised in the premises, and noting that Plaintiff has no objection, is of the opinion that said Motion to Remand is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the action herein is reversed and remanded back to the Social Security Administration for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will send this matter to an Administrative Law Judge then instruct the ALJ to conduct an administrative hearing, consider all medical opinions, and issue a new decision.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the instant case is hereby closed, and any pending motions are denied as moot.

**SO ORDERED AND ADJUDGED**, this the 25th day of May 2023.

                                           /s/ Jane M. Virden
                                           **UNITED STATES MAGISTRATE JUDGE**